UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GEOFFREY T. RUSSELL,<br><br>                    Plaintiff,<br><br>   v.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation,<br><br>                    Defendant. | NO: 11-CV-0348-TOR<br><br>ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE |

     Before the Court is the parties' Stipulation for Dismissal with Prejudice (ECF No. 14). The parties stipulated and agreed that this matter has been fully and finally resolved, with each party bearing their own attorney's fees and costs.

//

//

//

//

//

ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE ~ 1

**Accordingly, IT IS HEREBY ORDERED**:

The parties' Stipulated Motion for Dismissal With Prejudice (ECF No. 14) is **GRANTED**.  Pursuant to the parties' stipulation, all claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to any party.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** this 25th day of October, 2012.

*s/ Thomas O. Rice*

THOMAS O. RICE
United States District Judge